UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
2005 JUN -8 P 1: 27
CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

TAMMY L. GESSEL,

vs.

CAL TERHUNE,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-03-5049 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

__X__   Granted for the following reason:
STATE TRIAL JUDGE'S APPLICATION OF CALIFORNIA LAW RE INSANITY DEFENSE TO ISSUE OF WHETHER PETITIONER'S PSYCHOTIC BEHAVIOR WAS A SETTLED MENTAL CONDITION

_____   Denied for the following reason:

Dated: 6-7-05

OLIVER W. WANGER
United States District Judge